UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL ROBERT SLATTERY,
Plaintiff,

v.

CITY OF OCEANSIDE, et al.,
Defendants.

Case No.: 26-CV-3479 JLS (AHG)

**ORDER DENYING MOTIONS TO DISMISS AS MOOT AND VACATING HEARING**

(ECF Nos. 9, 11)

Presently before the Court are Defendants' respective Motions to Dismiss Plaintiff's Complaint (ECF Nos. 9, 11). Rule 15(a)(1)(B) allows a plaintiff to amend their complaint as a right within twenty-one days after the service of a Rule 12 motion. *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Here, Defendants each served their respective Motions on September 23, 2026. Plaintiff exercised his right to amend by filing an Amended Complaint on October 5, 2026, within the twenty-one-day window. ECF No. 15. Because an amended complaint supersedes the original, and Defendants' Motions to Dismiss targeted the Original Complaint, those Motions are **DENIED AS MOOT**. *See Ramirez*, 806 F.3d at 1008. The hearing scheduled for October 22, 2026, is thus **VACATED**.

/ / /

/ / /

Defendants **SHALL** answer or otherwise respond to Plaintiff's Amended Complaint in accordance with applicable Federal Rules of Civil Procedure and Civil Local Rules.

**IT IS SO ORDERED.**

Dated: October 8, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge